F. W. KELSEY NURSERY COMPANY, Appellant, *v.* HENRY E. FOX, Respondent.

*Kelsey Nursery Co.* v. *Fox*, 154 App. Div. 886, affirmed.
(Argued June 11, 1914; decided July 14, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 10, 1912, affirming a judgment in favor of defendant entered upon a verdict in an action to recover the contract price of certain trees alleged to have been sold and delivered.

*Frederick T. Kelsey* for appellant.

*Lawrence A. Sullivan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HOGAN, MILLER and CARDOZO, JJ. Dissenting: HISCOCK and COLLIN, JJ.